# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN LEE KENNEDY,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83382

FILED

SEP 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of a pro se notice of appeal. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

Appellant filed a notice of appeal on August 13, 2021. In his notice of appeal, appellant states that he is challenging the district court's "failure to file and unlawfully suspending habeas corpus petition."[1] However, no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Thus, this court lacks jurisdiction to consider this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

---

[1]Review of the district court docket and minute entries does not indicate that such an order was entered in district court case number CR-1703024, the case number designated in this appeal.

21-26250

cc: Hon. Gary Fairman, District Judge
Kevin Lee Kennedy
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk